In the Matter of HEATHER BARCIA, Appellant, v MATTHEW BARCIA, Respondent. [934 NYS2d 812]—

Contrary to the petitioner's contention, the Family Court did not err in denying her motion pursuant to Family Court Act § 842 (f) for an award of counsel fees in the sum of $5,413.50 on the ground that the respondent is the financially superior spouse (*see* Family Ct Act § 842 [f]; *see also Matter of Amy Cohen L. v Howard N.L.*, 222 AD2d 677 [1995]; *Merola v Merola*, 146 AD2d 611, 612 [1989]; *Matter of Leffingwell v Leffingwell*, 86 AD2d 929, 930 [1982]; *cf.* Domestic Relations Law § 237 [a], [b]; § 238; Family Ct Act § 438 [a]; §§ 536, 641; *Cohen v Cohen*, 73 AD3d 832, 834 [2010]), or based on his failure to submit a statement of net worth and related papers as part of his opposition to the motion (*cf.* 22 NYCRR 202.16 [a], [k] [2], [4]; Domestic Relations Law § 237 [a], [b]; § 236 [A] [2]; [B] [4] [a]). Dillon, J.P., Eng, Austin and Miller, JJ., concur.